JAMES KAWAHITO (SBN 234851)
KAWAHITO LAW GROUP APC
222 N. Sepulveda Blvd., Suite 2222
El Segundo, California 90245
Telephone: (310) 746-5300
Facsimile: (310) 593-2520
Email: jkawahito@kawahitolaw.com

Law Offices of Sahag Majarian II
Sahag Majarain II (SBN 146621)
18250 Ventura Blvd.
Tarzana, CA 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

Attorneys for Plaintiffs and Class Members

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON SIMRIL, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TVI, Inc., and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: 16-CV-00817-SI**<br>*[United States District Judge Susan Illston, Courtroom 1, 17th Floor]*<br><br>**[PROPOSED] JUDGMENT**<br><br>Date: August 21, 2017<br>Time: 4:00 p.m.<br>Place: Courtroom 1, 17th Floor |

**[PROPOSED] JUDGMENT**

On August 21, 2017, the Court heard Plaintiffs' Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion for Attorneys' Fees and Costs. The Court has considered the Motions and all supporting papers, and hereby finds and orders as follows:

1. The Court has jurisdiction over the subject matter of this action, the Class Representative, the Class Members as defined in the Settlement Agreement and Defendants.

2. The Court grants final approval, for purposes of settlement only, of the Class as defined in the Settlement Agreement.

3. The Court finds that the Settlement Agreement was the product of protracted, arms-length negotiations between experienced counsel. The Court finds, for settlement purposes only, that the Class satisfied the applicable standards for certification under Federal Rule of Civil Procedures 23.

4. This case is dismissed on the merits with prejudice.

5. Class Counsel's request for attorneys' fees and litigation costs and expenses in this action is approved. Accordingly, Class Counsel is hereby awarded $300,000.00 for attorneys' fees, and $14,866.36 for reimbursement of litigation costs and expenses, which the Court finds were reasonably incurred in prosecution of this case. The further finds that the agreement between the parties concerning Class Counsel's fee and cost application is fair and reasonable.

6. The enhancement award for the Class Representative in the amount of $7,000 is approved and ordered to be paid.

7. The $30,000 payment for class administration services to CPT Group, Inc. for its work in handling the administration of the Settlement in this case is ordered to be paid.

8. The Court approves of the $5,000 payment in satisfaction of Plaintiff and Class Members' PAGA claims. Pursuant to the Settlement Agreement, the $3,750 payment to the Labor and Workforce Development Agency is ordered to be paid. The remaining $1,250 shall be distributed to Class Members pursuant to the terms of the Settlement Agreement.

9. The Court shall have exclusive and continuing jurisdiction over this matter for the purposes of supervising the implementation, enforcement, construction, administration, and

interpretation of the Settlement Agreement and this Judgment.

10. The parties are ordered to carry out the distribution of the Gross Settlement Amount as set forth in the Settlement Agreement.

11. This document shall constitute a judgment for purposes of Rule 59 of the Federal Rules of Civil Procedure.

12. Upon entry of this Judgment and the release of the Gross Settlement Amount to the claims administrator in this case, Plaintiffs and Class Members shall be deemed to have released all claims at issue in this lawsuit as set forth in Paragraph 32, 33, and 34 of the Settlement Agreement between the Parties.

**IT IS SO ORDERED.**

Dated: August 21, 2017    _____
United States District Judge Susan Illston